PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:04CR05028-01 OWW** |
| ) | |
| **JEFFREY CHUNG** ) | |
| ) | |

On September 20, 2004, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.  The Government has been informed and is not opposed to this recommendation.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ
Senior United States Probation Officer**

Dated:   July 8, 2008
         Fresno, California
         HJA;ra


**REVIEWED BY:**    Bruce A. Vasquez
                   **BRUCE A. VASQUEZ
                   Supervising United States Probation Officer**

**Re:   JEFFREY CHUNG**
     **Docket Number:   1:04CR05028-01 OWW**
     **ORDER TERMINATING SUPERVISED RELEASE**
     **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Jeffrey Chung be discharged from supervised release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated:   July 29, 2008**                      **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE